UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

**A. J. RINELLA & Co., INC.,**

    **Plaintiff,**

    v.              05-CV-O667
                       (GLS/DRH)

**TIMOTHY BARTLETT AND NANCY BARTLETT,**
individually and doing business under
the assumed name M. FERRIS & SONS,

    **Defendants.**

_____

**APPEARANCES:**        **OF COUNSEL:**

**FOR THE PLAINTIFF:**

Office of John T. Keenan, III    JOHN T. KEENAN, III., ESQ.
600 Broadway
3rd Floor
Albany, NY 12207

**FOR THE DEFENDANTS:**

Timothy Bartlett        No appearance
549 E. Main Avenue
North Adams, MA   01247

Nancy Bartlett        No appearance
549 E. Main Avenue
North Adams, MA   01247

**Gary L. Sharpe**
**U.S. District Judge**

On June 14, 2005, a telephone conference was held on this Order to Show Cause on an application for a Temporary Restraining Order and/or preliminary Injunction. Defendants, having been notified of the hearing and electing not to appear, are enjoined from selling, transferring, liquidating, encumbering or otherwise dissipating the assets of M. Ferris & Sons, or from otherwise applying the proceeds thereof toward M. Ferris & Sons business creditors before they satisfy Rinella's beneficial interest in the Perishable Agricultural Commodities Act (PACA) trust.

WHEREFORE, it is hereby

**ORDERED**, that defendants, Timothy Bartlett and Nancy Bartlett, doing business under the assumed name M. Ferris & Sons, are enjoined from selling, transferring, liquidating, encumbering or otherwise dissipating the assets of M. Ferris & Sons, or from otherwise applying the proceeds thereof toward M. Ferris & Sons business creditors before they satisfy Rinella's beneficial interest in the Perishable Agricultural Commodities Act (PACA) trust; and it is further

**ORDERED**, that the Clerk of the Court serve a copy of this Order upon the parties.

Dated:   June 21, 2005
         Albany, New York

*Gary L. Sharpe*
Gary L. Sharpe
U.S. District Judge

2